UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ROLAND ELLIOTT,

                Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity; NEW YORK CITY HOUSING AUTHORITY; NEW YORK CITY POLICE DEPARTMENT OFFICER LT. ERIC S. DYM, sued in his individual and official capacities; NEW YORK CITY POLICE DEPARTMENT OFFICERS JANE DOE; and JOHN DOES 1-10, all of whom are sued in their individual and their official capacities,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/16/2023_

23 Civ. 352 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated May 8 and 15, 2023. ECF Nos. 33, 35. Accordingly:

1. Plaintiff's request to amend the complaint to include the allegations in Appendix A is GRANTED. By **May 19, 2023**, Plaintiff shall file an amended complaint. The parties shall comply with the briefing schedule set forth in the Court's April 26, 2023 order, ECF No. 32.
2. Plaintiff's request for Defendant, the City of New York, to explain whether it is representing Defendant, Lt. Eric S. Dym, is DENIED without prejudice to renewal after Dym has been served.
3. The Court shall issue a separate order referring Plaintiff's request for sanctions, *see* ECF No. 33 at 2–3, 9, and Defendants' request to compel, *see* ECF No. 35 at 2 n.1; *see also* ECF No. 27, to the Honorable Valerie Figueredo.

SO ORDERED.

Dated: May 16, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge