**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROLAND ELIOTT,

                      Plaintiff,                            **23-cv-352 (AT) (VF)**

        -against-                                   **ORDER**

CITY OF NEW YORK, ET AL,

                      Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

It has come to the Court's attention that the request for sanctions argued for in the letter at ECF No. 33 is supported by identical bases for the sanctions argued for in Murphy et al v. City of New York et al (23-cv-1925) as discussed at a conference on May 23, 2023. **Therefore, the conference scheduled for June 5, 2023 at 2:00 p.m. is canceled.** Should the parties wish to make arguments other than those articulated in the letter briefing and at the previous conference, they may request another conference with the Court.

**SO ORDERED.**

DATED:      New York, New York
              June 2, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge