**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROLAND ELIOTT,

                              Plaintiff,                     23-cv-352 (AT) (VF)

            -against-                          <u>**ORDER**</u>

CITY OF NEW YORK, ET AL,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

       Discovery is stayed until Judge Torres issues a decision on Defendants' outstanding

motions to dismiss at ECF Nos. 57-64, 67-68. Therefore, the ICMC scheduled for Thursday,

September 28 at 2:00 p.m. is adjourned. The Clerk of Court is respectfully directed to terminate

the motions at ECF Nos. 70, 72, 73.

**SO ORDERED.**

DATED:     New York, New York

              September 18, 2023

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge