UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROLAND ELIOTT,

                          Plaintiff,                                    23-cv-352(AT) (VF)

       -against-                                             **ORDER**

CITY OF NEW YORK, et al.,

                          Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A settlement conference in this matter and in <u>Murphy v. City of New York, et al.</u> (No. 23-cv-1925), is hereby scheduled for **Monday, June 10, 2024 at 2:00 p.m.** via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo. As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **June 3, 2024.**

      SO ORDERED.

DATED:    New York, New York
                 May 6, 2024

                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge